UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SANDRA MCCLELLAN | ) | |
| 7601 Eagle Ridge Circle | ) | |
| Fort Worth, TX 76179 | ) | **CASE NO.: 1:18-CV-2583** |
| | ) | **REMOVED FROM THE DISTRICT** |
| Plaintiff. | ) | **OF COLUMBIA SUPERIOR COURT** |
| | ) | **Case No. 2018 CA 007114 B** |
| v. | ) | |
| | ) | |
| NATIONAL RAILROAD PASSENGER | ) | |
| CORPORATION, d/b/a AMTRAK | ) | |
| 60 Massachusetts Avenue NE, | ) | |
| Washington, DC 20002 | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

COMES NOW Defendant **NATIONAL RAILROAD PASSENGER CORPORATION**

("Amtrak" or "Defendant"), by and through counsel, **BONNER KIERNAN TREBACH &**

**CROCIATA, LLP,** and in accordance with 28 U.S.C. §§ 1331 and 1441, hereby removes the

above-captioned matter to this Court. The grounds for removal are set forth below.

## NATURE OF PLAINTIFF'S CLAIM

1.      On October 2, 2018, Plaintiff Sandra McClellan filed a lawsuit in the Superior

Court for the District of Columbia, titled *Sandra McClellan v. National Railroad Passenger*

*Corp. d/b/a Amtak,* Civil Action No. 2018 CA 007114 B.   Defendant was served with the

Summons and Complaint on October 20, 2018.  In accordance with 28 U.S.C. § 1446(a), true

and correct copies of the Summons and the Complaint are attached hereto as Exhibits A and B,

respectively.

2.      In her Complaint, Plaintiff alleges that she was injured on December 26, 2017 when the Amtrak train that she was a passenger on jolted her after a locomotive and baggage car was recoupled to the rear of the train.  Plaintiff brings a negligence claim against Amtrak.

## PROCEDURAL POSTURE

3.      The Summons and Complaint were served on, and first received by, Defendant on October 20, 2018.

4.      This Notice of Removal of this case to the United States District Court is filed by Defendant within thirty (30) days after receipt by Defendant of a copy of the Complaint, and is therefore timely.  *See* 28 U.S.C. § 1446(b).

## JURISDICTION

5.      This action is a civil action which falls under this Court's original jurisdiction pursuant to 28 U.S.C. § 1331 (federal question) and is one which may be removed to this Court by Amtrak pursuant to the provisions of 28 U.S.C. §§ 1441(a).

6.      This case is removable pursuant to 28 U.S.C. § 1441(a) because this United States District Court has original jurisdiction pursuant to 28 U.S.C. § 1331 as Amtrak was created by an Act of Congress, 49 U.S.C. § 24101, *et seq.*, and more than one-half of its capital stock is owned by the United States.

7.      Venue is proper because this district embraces the jurisdiction in which Plaintiff initiated her lawsuit.

8.      Written notice of the removal of this action has been given to Plaintiff.  Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal has also been filed simultaneously with the Clerk of the Superior Court of the District of Columbia and is attached hereto as Exhibit C.

9.     Plaintiff is the only other party in this lawsuit. Therefore, since there are no co-Defendants in this matter, there is no need to seek consent from any other party regarding the requested removal.

10.     Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and/or orders served upon Amtrak in this action (which solely consists of Interrogatories and Request for Production of Documents directed to Amtrak) are attached hereto as Exhibit D.

11.     No admission of fact, law or liability is intended by this Notice of Removal, and all defenses, affirmative defenses, and motions are hereby reserved to Defendant.

WHEREFORE, Defendant NATIONAL RAILROAD PASSENGER CORPORATION, hereby removes the above-captioned case, which is now pending in the Superior Court for the District of Columbia.

Dated this 9th day of November, 2018.

Respectfully submitted,

_____/s/ Jason R. Engel_____
Joseph J. Bottiglieri, Esq. (#418523)
Jason R. Engel, Esq. (#480893)
1233 20th Street, NW, Suite 800
Washington, DC 20036
(202) 712-7000 / (202) 712-7100 (facsimile)
jbottiglieri@bonnerkiernan.com
jengel@bonnerkiernan.com
*Counsel for Defendant*
*National Railroad Passenger Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing NOTICE OF REMOVAL was served via the Court's electronic filing system and first class mail, postage pre-paid, on November 9, 2018 upon:

C. Perrin Rome III
Blake G. Arata
Jason MacFetters
ROME, ARATA, BAXLEY & STELLY, LLC
650 Poydras Street, Suite 2017
New Orleans, LA 70130

Steven M. Weisbaum
THE WEISBAUM LAW FIRM, LLC
51 Monroe Place, Suite 1901
Rockville, MD 20850

_/s/ Jason R. Engel_
Jason R. Engel, Esq. (#480893)